AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
MAR 15 2018
ARTHUR JOHNSTON
BY_____ DEPUTY

| United States of America | ) |
|---|---|
| v. | ) |
| JULIO ARMANDO BRUNET | ) Case No. 3:18mj118-LRA |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 13, 2018__ in the county of __Yazoo__ in the __Southern__ District of __Mississippi__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 751(a) | On or about March 13, 2018, in Yazoo County in the Northern Division of the Southern District of Mississippi, the defendant, JULIO ARMANDO BRUNET, did knowingly escape from custody in the Yazoo City Federal Correctional Institution, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District for the Southern District of Florida uupon conviction for the commission of Conspiracy to Commit Health Care Fraud, in violation of Title 18 United States Code, Section 1347, in violation of Title 18 §751(a) |

This criminal complaint is based on these facts:

See Attached Affidavit of Ashley Allen, a Deputy United States Marshal. The Affidavit is attached hereto and incorporated herein by reference.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Ashley Allen
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __03/15/2018__        _____
*Judge's signature*

City and state: __Jackson, Mississippi__        Hon. Linda Anderson, U.S. Magistrate Judge
*Printed name and title*