## **AFFIDAVIT**

I, Ashley Allen, being duly sworn, do hereby declare and state the following:

1. I am a Deputy United States Marshal (DUSM). I have served in this capacity since February 2017 and have been in federal law enforcement since June 2005. I am currently assigned to the Southern District of Mississippi, Jackson, Mississippi office. The information contained in this affidavit is based on my personal knowledge and information supplied to me by other law enforcement officers and interviews conducted of witnesses.

2. My main assignment is in the fugitive investigations section with Gulf Coast Regional Fugitive Task Force (GCRFTF). While employed with the United States Marshals Service I have conducted criminal investigations involving violations of Title 18, United States Code, Section 751, for escape and attempted escape.

3. This affidavit is made in support of obtaining a Criminal Complaint and Arrest Warrant charging Julio Armando Brunet with Escape, in violation of 18 USC 751 (a) and 4082. Based on the information below, I believe there is probable cause to believe that Julio Armando Brunet has knowingly escaped from Bureau of Prisons (BOP) custody.

4. On October 24, 2014, Julio Armando Brunet was sentenced in the Southern District of Florida by United States District Judge Ursula Ungaro to the custody of the BOP for one-hundred twenty-one (121) months for Conspiracy to Commit Health Care Fraud in

United States District Court Case 14-CR-20211, in violation of 18 U.S.C. § 1347. On December 11, 2014, Brunet was designated by BOP to serve his sentence at FCI Yazoo City. On December 19, 2014, Brunet was transferred through the Justice Prisoner Alien Transport System (JPATS) to FCI Yazoo City.

5. On March 14, 2018, at approximately 07:29 hours the US Marshals office in Jackson, Mississippi, received a Notice of Escaped Federal Prisoner from the BOP in Yazoo, Mississippi, informing the USMS of the escape status of Brunet. On March 13, 2018, the satellite camp at FCI Yazoo City reported two bad counts then conducted a bed count and it was determined inmate Brunet was missing. FCI Yazoo City staff began their internal Escape Checklist procedures. A written notice of Escape was received by the USMS from the BOP authorizing the arrest of Brunet on March 13, 2018.

6. On March 14, 2018, I was assigned as the case agent for the apprehension of Brunet. I went to the FCI Yazoo City satellite camp and obtained email, visitation and telephone logs.

7. As part of his sentence in 2014, Brunet was ordered to pay restitution of $18,686,742. He was born in Cuba and has business and familial ties to Miami, Florida. Brunet is believed to have significant business holdings in South Florida. Sweeps of his cell at FCI Yazoo revealed voluminous documents indicating his subscription to the Sovereign Citizen

Movement and their ideals and beliefs. He has no known ties to the Mississippi area, therefore flight outside the state of Mississippi is anticipated.

Based upon the preceding facts, there is probable cause to believe that Julio Brunet escaped from BOP custody in violation of 18 U.S.C. § 751(a).

I request that the court issue a Criminal Complaint and Arrest Warrant for Julio Armando BRUNET in this matter.

_____
Ashley E. Allen
Deputy United States Marshal
United States Marshals Service

Subscribed and sworn to before me this ___15th___ day of March, 2018.

_____
LINDA ANDERSON
UNITED STATES MAGISTRATE JUDGE