TRULINCS 05079104 - BRUNET, JULIO ARMANDO - Unit: MIM-E-W

---

FROM: 05079104
TO: Cidre, Lourdes
SUBJECT: h
DATE: 04/06/2018 12:36:00 PM

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 25 2018
ARTHUR JOHNSTON
BY_____ D.C.

UNITED STATES DISTRICT COURT OF MISSISSIPPI SOUTHERN DIVISION

UNITED STATES OF AMERICA         CASE NO: 3:18-mj-118-LRA

VS

JULIO ARMANDO BRUNET

### MOTION TO DISMISS AND DEMAND CHALLENGING JURISDICTION

We hereby challenge the jurisdiction of this court, both Personal an Subject-Matter Jurisdiction, over Defendant JULIO ARMANDO BRUNET the corporate citizen ( ALL CAPITAL LETTERS) and over the human being flesh and ~~blood~~ flood Julio Armando " Mandy " Brunet ( hereafter Agent or Mandy).

The Agent for the corporate citizen JULIO ARMANDO BRUNET, hereby filed this motion to dismiss all criminal cases for lack of jurisdiction under rule 12(b)(2).

1)- On the 27th day of March 2018 a hearing was hold in Florida court in from of Judge. In the hearing the Judge stated on the record that this case we being prosecuted under Maritime Flag using Admiralty and Maritime Law, the Agent of the Defendant Questioned JURISDICTION by stating " the court can not apply the law of the sea because we live on the land and we are subject to the UNITED STATES OF AMERICA Constitution of 1787 common law.

I ASK this court and the Judge under what authority this court claim JURISDICTION under Maritime and Admiralty law? I ORDER this court and its agent Judge to immediately release prisoner # 05079-104 JULIO ARMANDO BRUNET and its Agent the human being natural man Julio Armando "Mandy " Brunet, and WE DO NOT ACCEPT to be in held as prisoner , and WE DO NOT CONSENT to continue unlawfully incarceration.

2)- Judge have an obligation to being impartial and fair as will a upholding the constitution to defend the right of the people. On the 27th day of March, the judge unlawfully proceeded to claim JURISDICTION under Maritime Law for this case. The Judge was not impartial and fair with this ruling because the only party that had the obligation to object was the Plaintiff and the Plaintiff did not object. The Judge's duty of office establishes that a Judge can not practice law from the bench.

3)- At the hearing held on the 26th day of March 2018, the Judge agreed on the record that JULIO ARMANDO BRUNET (ALL CAPITAL LETTERS), the corporate citizen, is not the same person that the human being "Mandy" and the Judge agreed on the record to refer to the Agent of the corporate citizen as "Mandy". As the court recognized the Agent as Mandy, I am the human being , natural man, and I DO NOT ACCEPT to be a corporate citizen JULIO ARMANDO BRUNET ( ALL CAPITAL LETTERS ) and this court must "required Joinder of parties" Rule 19(a)(3) venue ..." the party object to venue and joinder would make venue improper. The court must dismiss the party." I ORDER THIS COURT to dismiss the Agent Julio Armando " Mandy" Brunet from all criminal cases , I DO NOT ACCEPT to be joinder in this case as a corporate citizen JULIO ARMANDO BRUNET ( ALL CAPITAL LETTERS), and

I DO NOT CONSENT TO ACCEPT other person identification, only my responsibility as agent, never to join as a corporate citizen JULIO ARMANDO BRUNET ( ALL CAPITAL LETTERS).

4)- At the hearing held on the 26th day of March 2018, the Agent for the Defendant CHALLENGED JURISDICTION, the Plaintiff did not contest or object the challenge of jurisdiction nor did they provide any supporting evidence to establish jurisdiction. and again I ask this court to prove Jurisdiction when the Federal Court and the UNITED STATES, has knowledge that the FINAL JUDGEMENT is VOID, and also the lawfully fileded TRANSFER STATEMENT says that we tooked possession of collateral after the default of the UNITED STATES, and the new Secured party of the corporate citizen JULIO ARMANDO BRUNET ( ALL CAPITAL LETTERS) is the human being, natural man, flesh and blood ~~flood~~ Julio Armando " Mandy" Brunet, I CHALLENGE JURISDICTION immediately the court receive this motion and demand challenging jurisdiction, because the new Secured Party of the corporate citizen JULIO ARMANDO BRUNET ( ALL CAPITAL LETTERS) DO NOT ACCEPT thid FRAUD

(1)  Court Copy

TRULINCS 05079104 - BRUNET, JULIO ARMANDO - Unit: MIM-E-W
--------------------------------------------------------------------------------

because the Secured Party human being is the only person in possession of the corporate citizen JULIO ARMANDO BRUNET (ALL CAPITAL LETTERS), and I DO NOT CONSENT WITHOUT EVIDENCE to continue unlawfully this proceeding . I ORDER IMMEDIATELY RELEASE the prisoner # 05079-104 JULIO ARMANDO BRUNET ( ALL CAPITAL LETTERS) and its agent the human being natural man Julio Armando " Mandy " Brunet.

   5)- At the hearing held on the 26th day of March 2018, the Plaintiff called as a witness a U.S. Marshall Officer. The U.S. Marshall Officer described the personal description of the Human Being and recognized by the photograph, fingerprints, and signature belonging to Julio Armando Brunet as the person named in the arrest warrant is the holder in due course. According to the United States of America Certificate of Naturalization No. 30325686, Julio Armando Brunet is the Holder of Corporate Citizen JULIO ARMANDO BRUNET (ALL CAPITAL LETTERS) and the charges in this case are against corporate citizen JULIO ARMANDO BRUNET (ALL CAPITAL LETTERS) and not against its holder Julio Armando Brunet, the Human Being; therefore, Julio Armando Brunet (the Human Being) is being held unlawfully and Julio Armando Brunet does not consent in being held incarcerated unlawfully.

   6)- The court has received and recorded Notice of VOID JUDGMENT (D.E. #70, APENDIX I) and the court has accepted such recorded notice of VOID JUDGMENT by acquiecense. The VOIDED copy of the VOID JUDGMENT and explanation (D.E. #70 CASE NO 14-20211-CR-UNGARO) without refusal, rejection, or controversy.

   i) In UCC 3-305 " NOTICE OF BREACH OF FIDUCIARY DUTY "

   " Fiduciary " means an agent, trustee .... other representative owing fiduciary duty with respect the instrument, the federal court and the UNITED STATES OF AMERICA, and the Judge ( agent, trustee of the court) breach the fiduciary duty with respect to release the prisoner # 05079-104 JULIO ARMANDO BRUNET ( ALL CAPITAL LETTERS) corporate citizen and its agent Julio Armando "Mandy " Brunet the human being and natural man, for the following :

   a) UNITED STATES OF AMERICA is in DISHONOR, DEFAULT, because the VOID JUDGEMENT, AND REVOCATION SENTENCE in connection with the case 14-20211-CR-UNGARO and this case 3:18-mj-118-LRA.

   b) Because the case 14-20211-CR-UNGARO is VOIDED, this case 3:18-mj-118-LRA is unlawfully and constitute fraud by the UNITED STATES OF AMERICA, AND ANY COURT, AND ANY JUDGE. I ORDER this court to take action and immediately release the prisoner 05079-104 JULIO ARMANDO BRUNET and its agent Julio Armando Brunet the human being. And I ASK THIS COURT FOR REMEDY.

   C) Whereas said Presentments ( D.E. # 70, in case # 14-20211-CR-UNGARO) state that present VOIDED copy of the JUDGEMENT and COMMITMENT ORDER and supporting explanation ( D.E # 70 Appendix-1 and Appendix-I) as evidence of the discharge of all claims of the FINAL JUDGEMENT ; and

   d) Whereas said Presentments conspicuously state their intent for the VOID JUDGEMENT recorded to represent the full discharge of all debts and claims against JULIO ARMANDO BRUNET ( ALL CAPITAL LETTERS) corporate citizen , relate to all criminal case, and were offered and recorded as full satisfaction of all claims relate to all criminal cases; and

   e)Whereas ( UCC 3-311(b) states that a claim is discharged if a presented instrument is proven to conspicuously show it was tendered as full satisfaction of a claim; and

   f) Whereas all said Presentments are lawfully recorded in the courts records ( D.E # 70 case No: 14-20211-CR-UNGARO) and stand as undisputed evidence of Presentmens made, ( UCC 3-501).

   7)- The court has also received recorded and accepted the "NOTICE AND TRANSFER STATEMENT" (UCC 9-619) recorded in the Federal Court Case NO 3.17 cv-00875-CWR-FKB, 17,239874-CV-UNGARO, 14020211-CR-UNGARO, showing the Transfer to Julio Armando "Mandy" Brunet, the Secured Party of all rights over the defendant and all collateral Surety held or incarcerated.

   The " NOTICE AND TRANSFER STATEMENT " ( UCC 9-619) recorded in the court records on January 10, 2018, case No: 3:17-cv-00875-CWR-FKB, recorded in UNITED STATES DISTRICT COURT OF MISSISSIPPI SOUTHERN DIVISION. On the fisrt page 3rd paragraph says:

" As Accepted by all Parties; the UNITED STATES is in DISHONOR regarding all Presentments related to case # 14-20211-CR-UNGARO, and is now the debtor. The Secured Party in these Presentments is the corporate citizen JULIO ARMANDO BRUNET; and the Secured Party of the corporate citizen is the natural man Julio Armando Brunet. The UNUTED STATES

TRULINCS 05079104 - BRUNET, JULIO ARMANDO - Unit: MIM-E-W
----------------------------------------------------------------------------------------------

remains in DISHONOR and has made no payment and TAKE NO ACTION on the AGREED UPON Obligation of these Presentments, which are to release prisoner # 05079-104 and pay damages of $ 936 million to JULIO ARMANDO BRUNET."

And the 4th paragraph says:

Being the Secured Party after the default of the UNITED STATES, we hereby take possession of the collateral, the natural man Julio Armando Brunet and the prisoner # 05079-104, JULIO ARMANDO BRUNET, corporate citizen. UCC 9-609(a) Says " After default, a Secured Party : (1) may take possession pf the collateral; ... and (b) A Secured Party may proceed ... (2) - without judicial process..."

On the 2nd page of these TRANSFER STATEMENT IN THE PARAGRAPH (1 - 4) Says :

" As Holder in due course ( UCC 3-302), and as the person entitled to enforce the instrument ( UCC 3-301(1)), the natural man Julio Armando Brunet, agent for JULIO ARMANDO BRUNET, and the Secured Party of JULIO ARMANDO BRUNET, ORDERS the immediate release pf prisoner # 05079104 JULIO ARMANDO BRUNET, AND ORDERS the UNITED STATES to pay damages as agreed upon by all parties, to JULIO ARMANDO BRUNET in the amount of $ 936 million."

" This TRANSFER STATEMENT is recorded by the Secured Party natural man Julio Armando Brunet, agent for the corporate citizen JULIO ARMANDO BRUNET, because the UNITED STATES has ACCEPTED its DISHONOR, DEFAULT, VIOD JUDGEMENT, and REVOCATION SENTENCE, in connection with the obligation secured by collateral ( prisoner # 05079-104) in Case # 14-20211-CR-UNGARO. ( UCC 9-619(a)(1)) All rights and title related to the holding of collateral have transferred to JULIO ARMANDO BRUNET, and the UNITED STATES ACCEPTED the obligation to pay damages of $ 936 million and release the collateral ( prisoner # 05079-104.)"

" The Secured Party JULIO ARMANDO BRUNET has exercised its port-default remedies ( UCC 9-619(a)(2)) as explained in the PETITION, showing the Acceptance of the UNITED STATES of the obligation to pay damages and release the collateral prisoner # 05079-104,
and transfering rights of holding collateral to the new Secured Party, corporate citizen JULIO ARMANDO BRUNET, ( UCC 9-619(a)(3))."

" As natural man, Julio Armando Brunet, being the Secured Party of the corporate citizen JULIO ARMANDO BRUNET, and its holder in due course, I hereby claim my right to take possession of corporate citizen JULIO AMANDO BRUNET from the UNITED STATES, who continue to unlawfully hold in the (BOP) as prisoner # 05079-104. UCC 9-619(a)(4).

In the "NOTICE OF FILED TRANSFER STATEMENT" recorded in court record FEB. 26, 2018, in case # 14-23974-CV-UNGARO the first paragraph says:
" This Notice is to inform the court, Judge UNGARO, and the UNITED STATES OF AMERICA ( UNITED STATES) of official " NOTICE AND TRANSFER STATEMENT ( UCC 9-619)" ( TRANSFER STATEMENT) recorded in the Court Records of Southern District of Mississippi on January 10, 2018, as part of case # 3.17-cv-00875-CRW-FKB.

On the 4th paragraph page 1 Says:

" The TRANSFER STATEMENT was recorded in the court according to UCC 9-619(b) in the " official...  recording.... system covering the collateral." According to UCC 9-619(b) it is now the duty of this Court and its officer Judge UNGARO to:

   1- Accept the TRANSFER STATEMENT; and

   2- Promptly amend its records to reflect the transfer; and

   3- Issue a new appropriate certificate ( or document) of title (or possession) in the name of the transferee, the new Secured Party, natural man Julio Armando Brunet."

We give these ORDER to Judge UNGARO and we don't received any responded, or any objection from Judge UNGARO, this is clear evidence that the court and the UNITED STATES OF AMERICA has not Subject-matter jurisdiction over corporate citizen JULIO ARMANDO BRUNET ( ALL CAPITAL LETTERS) and personal jurisdiction over Julio Armando " Mandy" Brunet the natural man, human being blood ﬂesh , and

(3)  Court Copy

TRULINCS 05079104 - BRUNET, JULIO ARMANDO - Unit: MIM-E-W
---

FROM: 05079104
TO: Cidre, Lourdes
SUBJECT: h
DATE: 04/06/2018 12:31:06 PM

Therefore, because of the undisputed evidence recorded in this case of VOID JUDGMENT, the court must and is directed to VACATE the FINAL JUDGEMENT and Commitment order of all case, and then record all the claims as closed and satisfied.

8)- Therefore, because the court has accepted this notice and Presentments and they are recorded in the court records and accepted by the court with no timely response or opposition, the court is without any personal or subject-matters jurisdiction over defendant JULIO ARMANDO BRUNET ( ALL CAPITAL LETTERS) related to the charges/claims against the defendant from this case. The agent has never knowingly and willingly contracted or accepted to be personally within the Jurisdiction of the court, and the agent's appearance should never be interpreted as proof of consent to submit the jurisdiction of the court and the agent as a natural man human being is not within the jurisdiction of the court except by contract or agreement; and therefore the court lacks jurisdiction over the Agent; and therefore because of the challenge to the jurisdiction of the court over the defendant JULIO ARMANDO BRUNET, and over its agent Julio Armando ' Mandy" Brunet, the court is obligated to prove its jurisdiction under the basic principle of jurisprudence or dismiss the charges and claims and immediately release from incarceration the defendant corporate citizen JULIO ARMANDO BRUNET ( AL CAPITAL LETTERS) and its Agent the human being Julio Armando " Mandy" Brunet.

"void where prohibited by law"

Dishonor will result if you ignore, fail, or refuse to perform the demand to dismiss the charges by this Challenge of Jurisdiction. Please govern yourselves accordingly.

Thank for your prompt attention to this matter this MOTION TO DISMISS AND DEMANDING CHALLENGING JURISDICTION

Sincerely, Without Prejudice.

JULIO ARMANDO BRUNET
JULIO ARMANDO BRUNET
TRUST SIGNATURE
Party of the 1st part
UCC 1-201(39)

_____ 4-10-2018
Julio Armando " Mandy" Brunet
Trustee Agent Signature
Party of the 2nd part
Authorized Representative
UCC 1-201(35)
All Rights Reserved UCC 1-308

(4) court copy