UNITED STATES DISTRICT COURT FOR
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION.

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 29 2018
ARTHUR JOHNSTON

UNITED STATES OF AMERICA.

V.S                                    CASE № 3.18-CR-78-CWR-FKB

JULIO ARMANDO BRUNET

OBJECTION TO COURT'S ORDER denying Motion TO DISMISS FOR VIOLATION OF DUE PROCESS OF LAW D.E #16 and MOTION TO DISMISS FOR LACK OF JURISDICTION D.E #6 and violation of Rule 7(C)(2).

The Agent for Defendant JULIO ARMANDO BRUNET, an Artificial Person, CORPORATE CITIZEN, CORPORATE FICTION (hereinafter CORPORATE FICTION) filed this OBJECTION TO COURT'S ORDER and will show unto the court the following TO WIT:

1 - That a Natural Person is a human beign and not an Artificial person such as a corporation.
   And that an Artificial Person is an Entity created by law which has some of the rights and duties of a Natural Person.
   To futher clarify the Corporate Fiction is a Corporate Entity/Artificial Person and is distint from the individual members that form it, the members being a Natural Person/Persons.
   The Agent for Corporate Fiction has stated and affirms that the Indictment is against the corporate fiction and not the Natural Person.
   The Agent for corporate fiction makes this claim on the basis that correct English grammer according to Blacks Law Dictionary and Federal statute code provides that the use of all capital

(1)

Letters designates a corporate Entity not a Natural Person designated by lower case letters.

The Agent for CORPORATE FICTION does NOT ACCEPT the denied motion because the U.S. Attorney stated on record "...that those are stylistic matters" and Judge Reeves agreed stateing on record "... It doesn't matter whether it was all caps or lower case print, even if it were printed out in cursive it would not make a difference..."

The Agent for CORPORATE FICTION contends that this is clear and undisputable violation of Rule 7(c)(2), which states "CITATION ERROR" unless the defendant was misled and thereby Prejudiced..."

This CITATION ERROR has detrimentally affected the legal rights of the corporate fiction and its Agent, which if uncorrected would result in serious violation of civil rights and could possibly lead to felony discrimination by this court.

Agent for corporate fiction is of Hispanic discent and spanish is Agents primary Lenguage. Agent for CORPORATE FICTION understands Proper English and the use of stylistic English is misleading and not percise.

If it is the practice of the U.S Government to not use Proper English and use stylistic English, then according to Rule 7(c)(2) the defendant has been misled and this use of stylistic English has caused unreversable prejudice and reaffirms that remedy is proper in this matter.

(2)

the Natural Man/Agent is not a resident or citizen of UNITED STATES federal corporation, [28 U.S.C. 3002 (15)(A); UCC 9-307(h)], but a flesh-and-blood, Almighty God created private Christian, Sui Juris sentient being and an Ambassador of GOD Almighty (2nd Corinthians 5.20) domiciled in SPC-STATE Republic and on religious sojourn through the United States.

The Agent asked this court to present evidence of jurisdiction to clarify this matter that has misled and caused prejudice to the CORPORATE FICTION and its Agent.

Agent for CORPORATE FICTION has not been taken serious by the UNITED STATES Court system and has experienced extream bias and prejudice by the Court.

JUDGE REEVES and the U.S Attorney has a mental disposition with English being their primary language with the use of proper U.S stylistic English and Agent for Corporate Fiction warns this court that its mental disposition is almost racial discrimination.

This Citation Error has rendered the Corporate Fiction and its Agent unable to make impartial decisions because Corporate Fiction and it's Agent has relied on the U.S. court system promise to be clear and impartial.

The Agent for Corporate Fiction asks this Court for remedy and immediate release of prisoner # 05079-104 JULIO ARMANDO BRUNET also know as CORPORATE FICTION and it's Agent for Prejudice and violation of civil rights.

If court finds no citation error has occured. Agent for CORPORATE FICTION reaffirms that this court has failed to present evidence of subject-matter Jurisdiction over Corporate Fiction and personal Jurisdiction over Natural Person/Agent.

Judge and U.S Attorney spoke of Regional Jurisdiction in previous two motions filed. And is a clear failure to deal with the corporate fiction and it's Agent with fairness and impartially.

In the Security Agreement that is part of 28 U.S.C 3002(13) means an agreement that creates or provides for a lien. This Security Agreement is recorded in court record as part of criminal case 14-20211-CR-UNGARO (D.E # 70 Appendix-C). In this Security Agreement page #1, first paragraph Says:

"Part of the First Part JULIO ARMANDO BRUNET TRUST the COPYHOLD TRUST/ESTATE/Bailor also under and all derivatives and variations in the spelling thereof, with the exception of "Could-Be-Anyone". Under Account Nº XXX XX 5457  EIN Nº _____, with all property lawfully part of the Trust held as a foreign Trust Estate 28 U.S.C. 1603(b)(3); 8 U.S.C. 1101(a)(14); 26 U.S.C 7701(a)(31)."

This Trust Account mentioned in Security Agreement with XXX-XX-5457 Corresponds to JULIO ARMANDO BRUNET CORPORATE FICTION who is a legal alien 26 U.S.C 7701(b)(1)(A) of "UNITED STATES" Federal Corporation @ 28 U.S.C 3002(15)(A)

"This Federal Trust or Foreign Estate JULIO ARMANDO BRUNET/CORPORATE FICTION is an American citizen with NATURALIZATION CERTIFICATE Nº 30 32 5686 created by the Federal Government,

(4)

and the Natural man flesh and-blood Almighty GOD created christian is a distinT person and is a "NON-RESIDENT ALIEN" OF the UNITED STATES STATES OF AMERICA defined in (28 U.S.C 3002)(15)(A) and second paragraph of the lawfully filed "Security Agreement" 28 U.S.C 3002 (13) SAYS.

"Party OF the Second Part Julio Armando Brunet (as "Trustee/Secured Party/Bailee") a live Natural Man a flesh and blood Almighty GOD created private christian American sui Juris sentient being, and an Ambassador of GOD Almighty (2nd Corinthians 5:20) Domiciled in SPC-STATE Republic and on Religious Sojourn through the UNITED STATES; one who is as a "NON-RESIDENT ALIEN" as defined within 26 U.S.C 7701(b)(1)(B)] [] sic, in regards the UNITED STATES [28 U.S.C 3002 (15)(A); UCC 9-307(h)] with express, explicit, Irrevocable reservation of all natural GOD-given an unalienable Rights – including but not Limited by F.S.I.A. without Prejudice UCC 1-207; UCC 1-308, UCC 1-103,6 (Anderson's UCC) reserved ab initio, nunc pro tunc:"

The Agent for corporate fiction ask This Court to produce evidence of Jurisdiction over a live Natural Man a flesh and-blood Almighty GOD created private christian American Sui Juris Sentient Being: who is a "NON-RESIDENT ALIEN" as defined within 26 U.S.C 7701(b)(1)(B) in regards to UNITED STATES federal Corporation [28 U.S.C 3002(15)(A); UCC 9-307(h)]; Immediately once this court received this objection to motion. The court has to take action and proceed to dismiss this case and release prisoner No. 05079-104 the Corporate fiction and it's Agent; or the Agent of corporate

(5)

fiction has to take legal action to received the proper remedy and subsequence release of corporate fiction and Iris Agent.

The Agent for corporate fiction ask this court for ~~remedy~~ Immediately Remedy for this violation of Due process of law and violation of First, Fifth and Fourteenth Amendment of UNITED STATES constitution because The Natural man flesh and blood Almighty God- created private ~~this~~ christian American who is a "Non-Resident Alien" of the UNITED STATES OF America federal corporation 28 U.S.C 3002 (15)(A); UCC 9-307(h) has to be release for this violation of liberty and constitutional rights.

The Agent for corporate fiction being a Natural man of flesh and blood an Almighty GOD created private Christian was discriminated against at the hearing on June 12, 2018. The Agent for corporate fiction was made to be recognized as corporate fiction and not as a Natural man Almighty God- created private christian, separate from the corporate fiction being a member thereof and not the corporate fiction itself.

As a violation of the Agent first Amendment, The Agent for corporate fiction has suffered discrimination of Religious freedom being denied the right to be an independent Almighty GOD- created Natural man and not the corporate fiction.

The Agent ask this court for Immediate Release because the Agent is not the person to whom the Indictment was made. The Agent

(6)

is not a citizen of the United States Federal Corporation [ 28 U.S.C 3002(15)(A); UCC-9-307(h) ] The Agent for corporate fiction ask the court for immediate remedy for this violation of civil rights.

This case is in violation of Due Process of Law; that says:

"... Due Process also refers to the Actual legal proceeding which serve to protect and enforce individual rights and liberties."

This is also constitute a violation of Fifth Amendment of the United States the Constitution that says:

"... nor [shall any Person] be deprived of life, liberty or property without due process of law."

and Fourteenth Amendment which applies the principle of STATE and.

"... nor deny to any person within its Jurisdiction the equal protection of the laws."

Thank you for your prompt response to this matter.

JULIO ARMANDO BRUNET
JULIO ARMANDO BRUNET
TRUST SIGNATURE
UCC 1-201(39)

Julio Armando "Handy" Brunet
Trustee Agent Signature
Authorized Representative
UCC 1-201(35)

All rights reserved   UCC 1-308