# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**UNITED STATES OF AMERICA**

**V.**  **CRIMINAL NO. 3:18-CR-78-CWR-FKB**

**JULIO ARMANDO BRUNET**

## ORDER

Defendant Julio Armando Brunet has appealed the decision of Magistrate Judge F. Keith Ball denying his motions for reconsideration. Docket No. 54. Brunet has not demonstrated that the ruling is clearly erroneous or contrary to law. *See* 28 U.S.C. § 636(b)(1)(A). Accordingly, Brunet's objection is overruled and the decision of the magistrate judge is affirmed.

**SO ORDERED**, this the 13th day of December, 2018.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE